IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAROL McGANTY, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> (1) REHME MFG., INC., an Oklahoma ) </br> limited liability company, and ) </br> (2) MARK REHME, SR., individually, ) </br> ) </br> Defendants. ) | Case No. CIV-14-789-C |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), Plaintiff Carol McGanty and Defendants Rehme Mfg., Inc. and Mark Rehme, Sr., by and through the undersigned counsel, jointly stipulate to the dismissal of this action and all claims, counterclaims and cross-claims for relief related to or arising out of this action, with prejudice. In connection therewith, the parties agree that each party shall bear their own attorney's fees and costs.

Dated this 26th day of August, 2015.

| | |
|---|---|
| s/ Scott F. Brockman </br> Scott F. Brockman, OBA No. 19416 </br> *(Signed by filing Attorney with permission of Plaintiff Attorney)* </br> WARD & GLASS, L.L.P. </br> 1821 E. Imhoff Road </br> Norman, Oklahoma 73071 </br> Telephone: (405) 360-9700 </br> Facsimile: (405) 360-7902 </br> Email: scott@wardglasslaw.com </br> *Counsel for Plaintiff* | s/ Anne E. Zachritz </br> Anne E. Zachritz, OBA No. 15608 </br> Andrew L. McAlester, OBA No. 30163 </br> ANDREWS DAVIS </br> A PROFESSIONAL CORPORATION </br> 100 N. Broadway, Suite 3300 </br> Oklahoma City, OK 73102 </br> Telephone: (405) 272-9241 </br> Facsimile: (405) 235-8786 </br> Email: aezachritz@andrewsdavis.com </br> Email: almcalester@andrewsdavis.com </br> *Counsel for Defendant* |

414310.1